UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NEIL MINTZ,                                             :
                                                        :   CIVIL ACTION NO. 05 Civ. 5261
              Plaintiff,                                :
                                                        :
      - against-                                        :
                                                        :
                                                        :   **STIPULATION OF DISMISSAL WITH**
EMCOR GROUP, INC. and GOTHAM                            :   **PREJUDICE**
AIR CONDITIONING SERVICE, INC                           :
                                                        :
              Defendant.                                :
------------------------------------------------------- x

**MEMO ENDORSED**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Neil Mintz and Defendants EMCOR Group, Inc. and Gotham Air Conditioning Service, Inc., by their respective attorneys, hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and attorneys fees.

Dated: June 6, 2005

Respectfully Submitted,

_____
Michael Marcus (MM3032)
Marcus Law Firm LLC
110 East 59th Street – 25th Floor
New York, New York 10022
(212) 755-5757

Counsel for Plaintiff Neil Mintz

_____
Jennifer Klear (KD5283) JK
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

and

Gerald S. Hartman
Alisa H. Reff
Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 300
Washington, DC 20005-1209
Phone: (202) 842-8800
Fax:   (202) 842-8465

Counsel for Defendants Gotham Air Conditioning Service, Inc. and EMCOR Group, Inc.

SO ORDERED:
KMB
_____
RICHARD M. BERMAN U.S.D.J.
6/20/05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/05

DC 515490v1